UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DULL KNIFE,<br><br>Defendant. | CR. 20-50122-01-JLV<br><br>ORDER |

On August 29, 2022, the court entered judgment against defendant George Dull Knife. (Docket 179). The court deferred the determination of restitution for ninety (90) days. Id. at p. 6. On October 31, 2022, the government timely filed a motion to amend the judgment to reflect restitution. (Docket 187). A stipulation signed by the government, defense counsel and Mr. Dull Knife was filed stating defendant agrees to pay $585.75 in restitution to Carmen Burgee. (Docket 210). Good cause appearing, it is

ORDERED that the motion (Docket 187) is granted and Carmen Burgee is entitled to restitution in the sum of $585.75 from the defendant George Dull Knife.

IT IS FURTHER ORDERED that payment of the total restitution and other criminal monetary penalties shall be due in regular quarterly installments of 50 percent of the deposits in the defendant's inmate trust account while the defendant is in custody, or 10 percent of the defendant's inmate trust account while serving custody at a Residential Reentry Center and

any portion of the monetary obligations not paid in full prior to the defendant's release from custody shall be due in monthly installments of $50, such payments to begin 60 days following the defendant's release.

IT IS FURTHER ORDERED that defendant must notify the United States attorney for this district within 30 days of any change of name, residence, mailing address or material changes in her economic circumstances until all restitution and special assessments imposed by this judgment are fully paid.

IT IS FURTHER ORDERED that defendant does not have the ability to pay interest, so the court will waive the interest requirement in this case.

IT IS FURTHER ORDERED that defense counsel shall advise defendant that he has only fourteen (14) days from the date of the court's entry of the amended judgment to appeal to the United States Court of Appeals for the Eighth Circuit.

IT IS FURTHER ORDERED that the United States Probation and Pretrial Services Office shall prepare an amended judgment consistent with this order.

IT IS FURTHER ORDERED that the Clerk's Office shall provide a copy of this order to the United States Probation and Pretrial Services Office.

Dated May 3, 2023.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE