**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 22-2884

United States of America

Appellee

v.

George Dull Knife

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:20-cr-50122-JLV-1)

---

**MANDATE**

In accordance with the opinion and judgment of February 26, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 18, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit